NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN MARKHAM,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2023-1807

---

Petition for review of the Merit Systems Protection Board in No. SF-3443-20-0726-I-1.

---

**ON MOTION**

---

## O R D E R

Upon consideration of John Markham's unopposed motion to dismiss this petition for review, ECF No. 3, and the Merit Systems Protection Board's response at ECF No. 8,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                                                      MARKHAM v. MSPB

(2)  The parties shall bear their own costs.

FOR THE COURT

June 6, 2023                              /s/ Jarrett B. Perlow
     Date                                 Jarrett B. Perlow
                                          Acting Clerk of Court

ISSUED AS A MANDATE: June 6, 2023